UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WISE, | No. 2:21-cv-02139-KJM-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATIONS, et al., | |
| Defendants. | |

On May 4, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 4, 2022, are adopted in full;

2. This case is dismissed without leave to amend;

3. All pending motions are denied as moot; and

4. The Clerk of Court is directed to close this case.

DATED: July 7, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE